# GLASS KRAKOWER LLP
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
11 PENN PLAZA
NEW YORK, NY 10001

20 BROADWAY, SUITE 1
VALHALLA, NY 10595

169 SOUTH MAIN STREET, # 321
NEW CITY, NY 10956

914-831-1386
FAX NO. 845-510-2219

*Bryan D. Glass*
Partner

E-mail: bg@glasskrakower.com

August 20, 2010

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 10007

Re:  Dimitracopolous v. City of New York, et al.
09 Civ. 1415 (JBW) (ALC)

Dear Magistrate Judge Carter:

I am the attorney for Plaintiff in the above-referenced matter. In accordance with Your Honor's previous order, I jointly write on behalf of the parties to inform the Court that we have made substantial progress towards a resolution of this matter and hope to wrap up the terms of a settlement within the next two weeks.

It also is respectfully requested that the discovery deadline be extended until November 1, 2010, in the event the matter does not settle and additional discovery becomes necessary before the scheduled December 2010 trial date in this matter.

Thank you in advance for your consideration of this request.

Respectfully submitted,

GLASS KRAKOWER LLP

By: _____
Bryan D. Glass, Esq.

c:  Donna Canfield, Esq.
Assistant Corporation Counsel
Attorney for Defendants
(via ECF)