

**Dimitracopoulos v. NYCDOE**
bg    to: june_lowe
Cc:  bg, dcanfiel
Please respond to bg

11/18/2010 04:21 PM

CV 09-1415 (JBW)

This is to confirm that the case has been settled. Settlement documents will follow shortly.

Thank you.
Sent on the Sprint® Now Network from my BlackBerry®

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 22 2010 ★

BROOKLYN OFFICE

closed
JW 11/19/10